■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREG G. GULLY, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered December 12, 1988, which convicted defendant, upon his plea of guilty, of the crime of criminal sale of a controlled substance in the third degree (Penal Law § 220.39) and sentenced him to an indeterminate prison term of from 2½ to 7½ years, is unanimously modified, as a matter of discretion in the interest of justice, only to the extent of reducing the sentence to 1 to 3 years, and, except as so modified, otherwise affirmed.

Upon the basis of our examination of the record, we find defendant's sentence to be excessive, since he does not have a prior criminal record and appears to possess the potential to be a productive and law-abiding member of society. Accordingly, we reduce the sentence to 1 to 3 years. Concur—Ross, J. P., Rosenberger, Asch, Kassal and Wallach, JJ.